**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**No. 99-40536
Summary Calendar**

---

**BERNARD J. DOLENZ,**

**Plaintiff-Appellant,**

**VERSUS**

**JOHN FREDERICK WESTON; JUNE PATRICIA WESTON,**

**Defendants-Appellees.**

---

Appeal from the United States District Court
for the Southern District of Texas

(C-97-CV-435)

---

November 11, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs and relevant portions of the record. For the reasons stated by the district court in its order of dismissal entered under date of March 2, 1999, we AFFIRM the final judgment of dismissal without adjudication for want of personal jurisdiction entered herein on March 2, 1999.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.